**Order entered July 15, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00859-CV

### THERESA BARNETT, Appellant

### V.

### DAVID S. CROCKETT, ET AL., Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-00136**

## ORDER

Before the Court is appellant's July 13, 2014 emergency motion to suspend enforcement of judgment pending appeal in which appellant requests an emergency order suspending enforcement of the trial court's July 29, 2013 sanctions order and June 19, 2014 judgment, which incorporates the sanctions order.

We **DENY** appellant's motion for an emergency order suspending enforcement of the trial court's July 29, 2013 sanctions order and the June 19, 2014 judgment. We further **ORDER** the trial court to transmit a supplemental clerk's record containing its written findings of fact and conclusions of law to this Court within **THIRTY DAYS** of the date of this order.

This Court will **DEFER** ruling on the adequacy of the bond in this case pending receipt of the record of the proceedings determining the amount of bond, deposit or security required in this case, the appellant's net worth, and the trial court's findings of fact and conclusions of law, stating with particularity the factual basis for the determination of appellant's net worth. The parties may file letter briefs **of no more than three pages** addressing the adequacy of the bond, deposit or security required in the case within ten days of the filing of the supplemental clerk's record transmitting the trial court's findings of fact and conclusions of law.

We **DIRECT** the Clerk to send copies of this order by electronic transmission to all parties and to the Honorable Tonya Parker, Presiding Judge of the 116th Judicial District Court, Dallas County, Texas.

We **ABATE** the appeal to allow the trial court to comply with this order.


/s/     CAROLYN WRIGHT
CHIEF JUSTICE